U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ASHLEY KING BARGE, ET AL. | : | DOCKET NO. 2:08-CV-180 |
| VS. | : | JUDGE MINALDI |
| CITY OF LEESVILLE, LOUISIANA, ET AL. | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Before the Court is a Motion to Dismiss, filed by defendants City of Leesville and the Leesville Police Department (hereinafter collectively "Leesville") [doc. 14]. The plaintiff, Ashley King Barge, individually and on behalf of the Estate of O'Shea King (hereinafter "Barge"), filed an Opposition [doc. 17].

Leesville moves to dismiss the suit in its entirety because Barge does not have the capacity to sue as a representative on behalf of the Estate of O'Shea King since she has not been appointed as a succession representative. Leesville also argues that Barge has failed to state a claim on the behalf of the Estate of O'Shea King. Barge concedes in her Opposition that she has failed to state a claim on the behalf of the Estate of O'Shea King. Barge, however, maintains that she has stated a claim on her own behalf pursuant to La. Civ. Code art. 2315.2.[1]

---

[1] If a person dies at the fault of another, La. Civ. Code art. 2315.2 permits the surviving spouse and children to bring suit on their own behalf to recover damages they sustained as a result of the decedent's death. In her Complaint, Barge states that she brings suit individually pursuant to La. Civ. Code art. 2315.2 as the daughter of O'Shea King. Compl. ¶¶1, 24 [doc. 1]. (Feb. 7, 2008).

1

Leesville further moves to dismiss the City of Leesville Police Department because it is not a juridical entity subject to suit. In Opposition, Barge agrees that the City of Leesville Police Department should be dismissed.

Leesville also moves to dismiss Barge's claims arising under 42 U.S.C. §§ 1981, 1985, and 1986. In Opposition, Barge agrees that these claims should be dismissed; accordingly.

IT IS ORDERED that Leesville's Motion to Dismiss [doc. 14] is hereby GRANTED in its entirety. Accordingly, the plaintiff's claims on behalf of the Estate of O'Shea King are dismissed, The City of Leesville Police Department is dismissed as a defendant, and the plaintiff's claims arising under 42 U.S.C. §§ 1981, 1985, 1986 are dismissed.

Lake Charles, Louisiana, June 3, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE