RECEIVED
IN LAKE CHARLES, LA

OCT 15 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ASHLEY KING BARGE** | : | **CIVIL ACTION NO. 2:08-cv-180** |
| **VS.** | : | **JUDGE MINALDI** |
| **CITY OF LEESVILLE, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

IT IS ORDERED that plaintiff's action be DISMISSED with prejudice for failure to prosecute, at the plaintiff's cost.

Lake Charles, Louisiana, this 14 day of October, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE